# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ACCRESA HEALTH LLC | § | |
| | § | |
| V. | § | Civil Action No. 4:18CV536 |
| | § | Judge Mazzant/Magistrate Judge Craven |
| HINT HEALTH INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. On November 28, 2018, the magistrate judge issued a Report and Recommendation, recommending Defendant's Motion to Dismiss or for More Definite Statement (Dkt. # 3) be denied.

To date, no objections have been filed to the November 28, 2018 Report and Recommendation. As noted in the 19-page Report and Recommendation, failure to file objections to the proposed findings and recommendations contained in the report within fourteen days after service bars an aggrieved party from *de novo* review by the district court of those proposed findings and recommendations and from appellate review of factual findings accepted or adopted by the district court except on grounds of plain error or manifest injustice. There being no grounds of plain error or manifest injustice, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss and for More Definite Statement (Dkt. # 3) is **DENIED**.

SIGNED this 18th day of December, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE