**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

SHERMAN DIVISION

DATE:   7/9/2020

| **DISTRICT JUDGE**<br>**Amos L. Mazzant, III** | **COURT REPORTER:** Jan Mason<br>**COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| Accresa Health, LLC<br><br>v.<br><br>Hint Health, Inc,<br><br>v.<br><br>Twin Oaks Software Development, Inc. | 4:18-CV-536 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Michael Bittner, Michael Fechmer, Jr. Brett Johnson, and Donna Wilkinson | Alexander More, Neil Burger, Evan Kirkham, Monica Latin and Tyler Rice (for Hint Health, Inc.) And Allison Maynard (for Twin Oaks Software) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Final Pretrial Conference (called, but not held) |
|---|---|
| 2:55 p.m. | Court in session. Court notes appearances. |
| 2:58 p.m. | Parties notify the Court that the parties have agreed to jointly reset the matter to either September 14th or October 26th . The Parties will meet and confer and will advise the Court within one week of the agreed upon date. |
| 3:05 p.m. | Court grants the oral request and will await the Parties agreed upon date for rescheduling. |
| 3:08 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY:   *Keary Conrad*
Courtroom Deputy Clerk