# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ACCRESA HEALTH LLC | § § | |
| v. | § § | Civil Action No.  4:18cv536<br>Judge Mazzant/Judge Craven |
| HINT HEALTH INC. | § § | |
| v. | § § | |
| TWIN OAKS SOFTWARE<br>DEVELOPMENT INC. | § § | |

## ORDER

The Court hereby RESETS the Final Pretrial Conference and Jury Selection/Trial of this case before the undersigned, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Final Pretrial Conference** | **10:00 a.m.** on **Thursday, September 10, 2020**, at the Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas 75090 |
| **Jury Selection/Trial** | **10:00 a.m.** on **Monday, September 14, 2020** |

**IT IS SO ORDERED.**

SIGNED this 17th day of July, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE